IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:04-CR-00371-F-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| -v.- | ) | ORDER |
| | ) | |
| MUHAMMED MAHDEE ABDULLAH, | ) | |
| Defendant. | ) | |

In consideration of the foregoing Motion to Unseal and Disclose Pre-Sentence Investigative Report to Clemency Project 2014 Counsel, there being good cause shown, it is this __19th__ day of __April__, 2016 hereby

ORDERED that the Motion to Unseal and Disclose Pre-Sentence Investigative Report to Clemency Project 2014 Counsel is GRANTED; and it is further

ORDERED that a copy of the Pre-Sentence Investigative Report shall be unsealed and provided to the Defendant's Clemency Project 2014 counsel; and it is further

ORDERED that the Pre-Sentence Investigative Report shall not be provided to the Defendant; and it is further

ORDERED that at the conclusion of the representation by Clemency Project 2014 counsel, such counsel shall return all copies of the Pre-Sentence Investigative Report to the Bureau of Prisons or shall destroy all copies.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge